# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00415-RT-NONE |
| CASE NAME: | Telicia Blythe v. Walmart Corporation |
| ATTYS FOR PLA: | Telicia Blythe (*pro se*) |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 01/25/2021 | TIME: | 9:00 - 9:05 a.m. |

COURT ACTION:   EP: TELEPHONIC RULE 16 SCHEDULING CONFERENCE not held.

Discussion had.  Defendant has neither been served nor has appeared.  Plaintiff confirms she is proceeding *pro se*.  Court reminds Plaintiff of her responsibility to attend all court hearings and comply with all deadlines.

Plaintiff confirms receipt of ECF [9] Court's *Order Granting Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs; Order Directing Service*. Plaintiff directed to follow up with U.S. Marshals Service regarding service of Complaint. Plaintiff advised that failure to timely serve the Complaint may result in dismissal of this action.

Telephonic Rule 16 Scheduling Conference is CONTINUED to 3/30/2021 at 9:00 a.m. before Magistrate Judge Trader.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

1. Dial 1-888-363-4735
2. Enter Access Code 2070326

*Submitted by: Lian Abernathy, Courtroom Manager*