IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TELICIA BLYTHE, | ) | CIVIL NO. 20-00415 JAO-RT |
| Plaintiff, | ) | |
| vs. | ) | |
| WALMART CORPORATION, | ) | |
| Defendant. | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 2, 2021 and served on all parties on September 3, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment," ECF No. 35, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, September 21, 2021.



Jill A. Otake
United States District Judge